People v Slaughter (2023 NY Slip Op 03873)

People v Slaughter

2023 NY Slip Op 03873

Decided on July 19, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 19, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
CHERYL E. CHAMBERS
LINDA CHRISTOPHER
LARA J. GENOVESI, JJ.

2022-07920
 (Ind. No. 1205/09)

[*1]The People of the State of New York, respondent,
v
Lewis Slaughter, appellant. Lewis Slaughter, Stormville NY, appellant pro se.

Anne T. Donnelly, District Attorney, Mineola, NY (Daniel Bresnahan and Andrea M. DiGregorio of counsel), for respondent.

DECISION & ORDER
Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Nassau County (James P. McCormack, J.), rendered December 17, 2010.
ORDERED that the application is denied.
The defendant has not established his entitlement to the relief requested (see People v Syville, 15 NY3d 391).
CONNOLLY, J.P., CHAMBERS, CHRISTOPHER and GENOVESI, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court